# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                              NO.  4:08CR00319-001  SWW

CHAD LANGSTON                                                    DEFENDANT

**ORDER**

Before the Court is the government's petition [doc #38] that summons be issued and a revocation hearing be held as to the above-named defendant.

A hearing is scheduled at *2:00 p.m. on THURSDAY, OCTOBER 10, 2013, Courtroom #389*, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS SO ORDERED that the Clerk of Court is directed to issue a summons for **Chad Langston**, and the United States Marshal is directed to serve the summons in this matter upon defendant.

The Court has determined that the Federal Public Defender should be appointed and *Lisa Peters, Assistant Federal Public Defender, hereby, is appointed to represent defendant in all further proceedings herein* replacing Alfred F. Tom Thompson, III and Erin Cassinelli.

DATED this 4th day of October 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE