# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                          NO.: 4:08CR00319-001 SWW

CHAD LANGSTON                                                      DEFENDANT

## ORDER

The above entitled cause came on for hearing October 10, 2013 on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas. Upon agreement of the parties, the Court found that the revocation hearing should be continued.

IT IS THEREFORE ORDERED that the hearing on the issue of revocation of supervised release in this matter hereby is continued until **MONDAY, DECEMBER 16, 2013 AT 9:30 A.M.**, in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 16th day of October 2013.

                                                                   /s/Susan Webber Wright
                                                                   UNITED STATES DISTRICT JUDGE