**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                      4:08CR00319-001   SWW

CHAD LANGSTON                                               DEFENDANT


## ORDER

Pending before the Court is the defendant's motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for December 16, 2013 at 9:30 a.m.  The government does not oppose the continuance.

IT IS THEREFORE ORDERED that the motion to continue [doc #49] is ***GRANTED*** and the hearing is rescheduled for ***TUESDAY, MARCH 18, 2014 AT 1:00 P.M. IN COURTROOM #389.***

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 13th day of December 2013.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE